

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-25-00077-CR
_____

IN RE HECTOR V. DE JESUS VILLATORO GUEVARA, RELATOR

ORIGINAL PROCEEDING

February 12, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Pending before this Court is a Petition for Writ of Mandamus filed by Relator, Hector V. De Jesus Villatoro Guevara, by which he seeks to compel Court Reporter, Jodi Cardenas, of Williamson County, to mail him certain documents. For the reasons expressed herein, we dismiss this proceeding for want of jurisdiction.

This Court has the authority to issue writs of mandamus against a judge of a district or county court in our district and all writs necessary to enforce our jurisdiction. TEX. GOV'T CODE ANN. § 22.221. A Williamson County court reporter is outside this Court's jurisdictional reach. Thus, we have no jurisdiction to review Relator's petition. Moreover, mandamus may issue against a court reporter only to protect an appellate court's

jurisdiction. We express no opinion on whether a petition for mandamus filed in the proper appellate court would entitle Relator to any relief.

Relator's *Petition for Writ of Mandamus* is dismissed for want of jurisdiction.

Per Curiam

Do not publish.